OCTOBER 31, 2005

No. 05–6655. AL-DABBI v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).